1 | BENJAMIN B. WAGNER
United States Attorney
2 | KURT A. DIDIER
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5
6 | Attorneys for Plaintiff
United States
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>         v.<br><br>TIMMIE BRUCE TAYLOR,<br><br>    Defendant and Judgment Debtor, | Case No.: 1:14-MC-0055-AWI-SKO<br><br>**UNOPPOSED APPLICATION FOR FINAL ORDER OF GARNISHMENT (BANK ACCOUNTS); AND ORDER THEREON**<br><br>Criminal Case No.: 1:03 CR-05161-AWI<br><br>[NO HEARING REQUESTED] |
| FRENSO COUNTY FEDERAL CREDIT UNION<br><br>    Garnishee. | |

Plaintiff United States respectfully moves, pursuant to Section 3205 (c)(7) of the Federal Debt Collections Procedure Act, 28 U.S.C. § 3001, *et seq.*, for a Final Order of Garnishment against the bank account funds withheld from the defendant and judgment debtor, Timmie Bruce Taylor. The United States seeks the order based on the following grounds:

1.     On September 3, 2004, the Clerk entered Judgment against the Debtor in criminal case number 1:03CR05161-AWI. The Judgment includes an order of restitution in the amount of $337,682.00 and an $800 assessment. Criminal Case Docket Entry ("DE") No. 86.

///

///

Unopposed Application for Final Order of
Garnishment; and Order

1

2. To collect on the assessment and restitution order, the United States filed an Application for Writ of Garnishment on August 20, 2014, against the judgment debtor's account funds withheld by garnishee, Fresno County Federal Credit Union. Miscellaneous Case DE No. 3.

3. The Clerk issued a Writ of Garnishment to garnishee, on August 22, 2014. The United States thereafter served the Fresno County Federal Credit Union with the Writ and its attachments. DE Nos. 4 and 5.

4. On August 28, 2014, the United States served the debtor, Timmie Bruce Taylor, with a copy of the Writ of Garnishment and notified him of his rights to a hearing to object to the Answer and/or claim exemptions.

5. On August 29, 2014, the Fresno County Federal Credit Union filed its Acknowledgment of Service and Answer of Garnishee. The Answer states that Mr. Timmie Bruce Taylor has a bank account with funds in the amount of $6,204.55. DE No. 7.

6. The debtor had twenty (20) days from the date the garnishee served its Answer to file a request for hearing (28 U.S.C. § 3205 (c)(5)), but did not do so, and no request for hearing was filed on a claim of exemption, as set forth in 28 U.S.C. § 3014 (b)(2).[1]

7. All conditions to the issuance of a Final Order of Garnishment against the bank account funds withheld are satisfied and accordingly, the Court can and should grant the requested relief.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: September 25, 2014     By:   */s/ Kurt A. Didier*
                                     KURT A. DIDIER
                                     Assistant United States Attorney

---

[1] Mr. Taylor contacted the United States Attorney's Office (USAO) seeking the release of the withheld bank accounts. Members of the USAO advised Mr. Taylor the United States would not release the funds.

Unopposed Application for Final Order of Garnishment; and Order

2

**ORDER**

The Court, having reviewed the court files and the Unopposed Application for Final Order of Garnishment (the Application), and finding good cause therefor, hereby GRANTS the Application. Further, to effectuate payment of the garnished account identified in paragraph 5 of the Application, the Fresno County Federal Credit Union account custodian shall:

1. Deliver, within 20 days of the date of this Order, a cashier's check, money order or company draft in the amount of the account balance payable to the *Clerk of the Court* at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, CA 95814;

2. State the criminal case docket number (Case No. 1:03CR05161-AWI) on the payment instrument; and

3. Include a self-addressed, stamped envelope with the payment if requesting a payment receipt.

IT IS SO ORDERED.

Dated:   October 2, 2014                                    _____
                                                                                SENIOR  DISTRICT  JUDGE