IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>TIMMIE BRUCE TAYLOR,<br><br>　　　Defendant and Judgment Debtor. | Case No. 1:14-MC-0055-AWI-SKO<br><br>Criminal Case No. 1:03 CR-05161-AWI<br><br>**INSTALLMENT PAYMENT ORDER** |

　　　By order filed on January 8, 2015, the Court granted plaintiff United States' cross-motion for an installment payment order against defendant Timmie Bruce Taylor (the Order).  Miscellaneous Case ECF No. 16; Criminal Case ECF No. 117.  The United States has lodged a proposed order establishing the payment and other terms of the Order which the Court hereby ADOPTS.  Accordingly, it is ADJUDGED, DECREED and ORDERED as follows:

　　　1.　　Beginning in February 2015, and each month thereafter until the judgment debt, accrued interest thereon, plus any unpaid penalties and assessments are paid in full, defendant Timmie Bruce Taylor shall pay the equivalent of $1,000 per month to the United States by the 15th day of each month.

　　　2.　　Defendant shall satisfy his $1,000 monthly payment obligation by timely paying the Clerk of the Court $872.50, representing the difference between the $1,000 due and the $127.50 the United States is presently collecting from him through the Treasury Offset Program.  The Defendant

shall remain in the Treasury Offset Program and the $127.50 offset will continue concurrently with this installment payment order.

    3.    Defendant shall make his payments via check or money orders by the 15th day of each month, beginning in February 2015, payable to the "Clerk of the Court" and delivered to the Clerk's office, located at the United States District Court, 501 I Street, Suite 4-200, Sacramento, California 95814. All payments shall reference Criminal Case No. 1:03-CR-05161-AWI, so that the payments are applied against the correct account.

    4.    Defendant shall advise the United States of any change in his financial condition and is instructed to provide all financial information and documents when so requested by the United States.

    5.    This Court shall retain jurisdiction over this case, including, for the purpose of enforcing this Installment Payment Order in the event of Defendant's noncompliance.

IT IS SO ORDERED.

Dated:  January 23, 2015                          _____
                                                        SENIOR DISTRICT JUDGE