IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TIMMIE BRUCE TAYLOR, <br><br> Defendant and Judgment Debtor. <br><br> FRESNO COUNTY FEDERAL CREDIT UNION, <br><br> Garnishee. | Case No.: 1:14-MC-00055-AWI-SKO <br><br> **ORDER** <br><br> Criminal Case No.: 1:03-CR-05161-AWI |

The Court, having reviewed the court files and the United States' Status Report, hereby ORDERS that the:

1. United States' writ of garnishment at the Fresno County Federal Credit Union is hereby terminated pursuant to 28 U.S.C. § 3205(c)(10)(B);

2. Court shall retain jurisdiction over the installment payment order (IPO) previously entered against defendant Timmie Bruce Taylor in this case such that the United States may petition the Court to reopen the case should it seek enforcement relief from the Court; and

3. Clerk, subject to paragraph 2, above, shall close this case.

IT IS SO ORDERED.

Dated:   June 10, 2016                               _____
                                                                    SENIOR DISTRICT JUDGE